IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-080-CV





DONALD CLENDENNEN,



 APPELLANT


vs.





ROBERT VETTOR AND KRISTEN LEE GARRISON,



 APPELLEES



 




FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY



NO. 215,756, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 




 PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 27, 1994

Do Not Publish